|   |   |   |
|---|---|---|
| | **UNITED STATES DISTRICT COURT** | |
| | **DISTRICT OF NEVADA** | |
| TIMOTHY WILLIAMS and KAYLA WILLIAMS, | | Case No.: 2:18-cv-01881-APG-VCF |
| Plaintiffs | | **Order Accepting Report and Recommendation** |
| v. | | [ECF No. 5] |
| CLARK COUNTY, et al., | | |
| Defendants | | |

On November 27, 2018, Magistrate Judge Ferenbach recommended that I dismiss with prejudice the claims against defendants Tisa Evans and Child Haven. ECF No. 5.  Judge Ferenbach also recommended that because the plaintiffs opted not to file an amended complaint, the clerk of court should issue summonses to the remaining defendants. *Id.*  The plaintiffs did not file an objection.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

IT IS THEREFORE ORDERED that Magistrate Judge Ferenbach's report and recommendation **(ECF No. 5) is accepted** and the plaintiffs' claims against defendants Child Haven and Tisa Evans are dismissed with prejudice.

/ / / /

/ / / /

IT IS FURTHER ORDERED that the clerk of court is instructed to issue summonses to the remaining defendants.

DATED this 14th day of December, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE