# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY WILLIAMS and KAYLA WILLIAMS,<br><br>  Plaintiffs<br><br>v.<br><br>CLARK COUNTY, et al.,<br><br>  Defendants | Case No.: 2:18-cv-01881-APG-VCF<br><br>**Order Dismissing Case** |

I previously ordered the plaintiffs to show cause why this case should not be dismissed for failure to comply with Local Rule IA 3-1, which requires *pro se* plaintiffs to immediately notify the court of a change of address. ECF No. 12. I advised the plaintiffs that failure to respond to the order to show cause would result in dismissal of this case. That order was returned in the mail. ECF Nos. 13, 14. The plaintiffs have not otherwise appeared or updated their addresses.

IT IS THEREFORE ORDERED that this case is DISMISSED without prejudice. The clerk of court is instructed to close this case.

DATED this 29th day of July, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE